UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos.  3:06-CR-402-BR
      5:06-CR-53-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

Today the court received letters dated 19 and 20 April 2007, respectively, from attorneys Richard Serafini and Sotiris Planzos seeking guidance concerning their withdrawal from representation of defendant. According to the docket, both counsel appeared on behalf of defendant at his initial appearance and detention hearing on 4 January 2007. On that same date, in No. 5:06-CR-53, the docket reflects that Planzos made a motion in open court to appear *pro hac vice*, which Magistrate Judge Horn orally granted. The docket further reflects both counsel were added as counsel of record for defendant at that time. Defendant's plea agreement, filed 6 October 2006, is signed by Planzos as "Attorney for Defendant." Although in their letters counsel suggest otherwise, the record does not reflect that their appearances on behalf of defendant were in any way limited. In fact, as the record stands, Serafini and Planzos are defendant's counsel of record. Accordingly, they may be relieved of their representation of defendant, if at all, by way of a properly filed motion served on all interested parties, including defendant himself.

This 23 April 2007.

_____
W. Earl Britt
Senior U.S. District Judge