UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos. 3:06-CR-402-BR
5:06-CR-53-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

This matter is before the court on the motion to withdraw of Sotiris Planzos and his firm Patton Boggs, LLP. For good cause shown, the motion is ALLOWED. The Clerk is DIRECTED to place this matter on for an inquiry to counsel hearing at the earliest possible time before Magistrate Judge David Keesler. Mr. Planzos is DIRECTED to serve a copy of this order on defendant himself and is further DIRECTED to confirm defendant's current contact information with deputy clerk Michelle Anderton, 704-350-7407.

This 5 September 2007.

_____
W. Earl Britt
Senior U.S. District Judge