UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos. 3:06-CR-402-BR
5:06-CR-53-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

This matter is before the court on the government's unopposed to continue the sentencing hearing. The motion is ALLOWED. Sentencing is CONTINUED to 9:00 a.m. on 5 February December 2008 in Raleigh, North Carolina.

This 4 December 2007.

_____
W. Earl Britt
Senior U.S. District Judge