UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos.  3:06-CR-402-BR
      5:06-CR-53-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

This matter is before the court on the government's unopposed motion to continue the sentencing hearing. For good cause shown, the motion is ALLOWED. Sentencing is CONTINUED to 9:00 a.m. on 2 June 2008 in Raleigh, North Carolina. NO FURTHER CONTINUANCES WILL BE ALLOWED.

This 5 May 2008.

_____
W. Earl Britt
Senior U.S. District Judge