UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos. 3:06-CR-402-BR
5:06-CR-53-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

This matter is before the court on the government's unopposed motion to delay defendant's reporting to the Bureau of Prisons. For good cause shown, the motion is ALLOWED. Defendant shall not be required to report to the Bureau of Prisons until 20 November 2008. To protect the ongoing investigation described in the motion, the motion and this order shall be filed under seal. The Clerk is authorized to serve copies of this order on the attorneys for the parties and the U.S. Attorney is authorized to provide a copy of this order to the Bureau of Prisons.

This 11 August 2008.

W. Earl Britt
Senior U.S. District Judge