UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos.  3:06-CR-402-BR
      5:06-CR-53-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | O R D E R |
| ) | |
| ) | |
| ) | |
| DONALD EDWARD OEHMKE ) | |

This matter is before the court on the government's motion to delay defendant's reporting to the Bureau of Prisons. For good cause shown, the motion is ALLOWED. Defendant shall not be required to report to the Bureau of Prisons until 20 August 2009. As noted in the court's 3 November 2008 order, the record shall remain under seal until further order of this court. The Clerk is authorized to serve copies of this order on the attorneys for the parties and the U.S. Attorney is authorized to provide a copy of this order to the Bureau of Prisons.

This 22 June 2009.

W. Earl Britt
Senior U.S. District Judge