UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF NORTH CAROLINA

                                        No.  3:06-CR-402-1BR &
                                             5:06-CR-53-1BR

UNITED STATES OF AMERICA       )
                               )
                               )
        v.                     )    O R D E R
                               )
                               )
DONALD EDWARD OEHMKE           )

　　　　This matter is before the court on motion of the government for a downward departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The motion is ALLOWED and the judgment of this court dated 2 June 2008 is hereby modified as follows:

　　　　1. By deleting therefrom the imprisonment term of 60 months as to Count 1 of Indictment in 5:06-CR-53BR and 63 months as to Count 1 of Indictment in 3:06-CR-402BR to be served concurrently with Count 1 in 5:06-CR-53 and inserting in lieu thereof 30 months as to Count 1 of Indictment in 5:06-CR-53BR and 30 months as to Count 1 of Indictment in 3:06-CR-402BR to be served concurrently with Count 1 in 5:06-CR-53BR. Except as herein modified, the Judgment of this court is, in all respects, ratified and confirmed.

　　　　This 17 September 2009.

                                    _____
                                         W. Earl Britt
                                    Senior U.S. District Judge